IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARREN LLOYD EASTERLING,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 09-CV-00520-SLB-PWG |
| | ) |
| **KEVIN DAVIS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER AND OPINION

The magistrate judge filed a report and recommendation on April 13, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 is due to be transferred to the United States District Court for the Middle District of Alabama. 28 U.S.C. § 1404(a). No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, it is hereby Ordered that this case is **TRANS-FERRED** to the United States District Court for the Middle District of Alabama.

**DONE**, this 15th day of May, 2009.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE